FILED IN CLERKS OFFICE

MAY 13 '26 AM10:54 USDC MA

Gordon T. Davis
Hellowithfire1@gmail.com
416 Lake Ave.
Worcester MA 01604

Plaintiff in Pro Per


# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS


CASE NO:_____

**CIVIL RIGHTS COMPLAINT**
(Violations of the 1st and
14th Amendments; 42
U.S.C. § 1983

**No Jury Trial**


_____

**GORDON T. DAVIS,**          *
*Plaintiff*                   *

V.                            *

**CITY OF WORCESTER,**        *

**KATHLEEN M. TOOMEY,**       *

**ERIC D. BATISTA,**          *

**MICHAEL E. TRAYNOR,**       *

**ALEXANDRA H. KALKOUN**      *

Defendants _____   *


1

# I. INTRODUCTION

1. This action is a new Complaint following the dismissal without prejudice of Case No. 24CV40151.

2. Plaintiff Gordon T. Davis ("Plaintiff") alleges that the City of Worcester (" City") and its officials have maintained systemically racist policies in violation of the Fourteenth Amendment's Equal Protection Clause.

3. Plaintiff further alleges that the Defendants have systematically denied his First Amendment right to petition the government by blocking, tabling, and interfering with his official communications to the City Council.

# II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises under 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the U.S. Constitution.

5. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. § 1391 because the City of Worcester is located within this district and all events giving rise to the claims occurred here.

# III. PARTIES

6. **Plaintiff:** Gordon T. Davis is a Black resident of Worcester, Massachusetts, where he has lived for over 56 years.

7. **Defendant City of Worcester:** A political subdivision of the Commonwealth of Massachusetts.

8. **Defendant Kathleen M. Toomey (Toomey):** A Worcester City Councilor, sued in her official and individual  capacities.

9. **Defendant Eric D. Batista (Batista) :** The City Manager of Worcester, sued in his official and individual capacities.

10. **Defendant Michael E. Traynor (Traynor):** A retired City Solicitor, sued in both his official and individual capacities.

11. **Defendant Alexandra H. Kalkounis (Kalkounis) :** The current City Solicitor, sued in both her official capacity.

3

# IV. STATEMENT OF FACTS

**Violations of the 14th Amendment**

12. In 2022, the City hired the Center for Naval Analysis (CNA) to audit the Worcester Police Department (WPD).

13. The 2023 CNA Audit Report concluded that the WPD maintains systemically racist practices, specifically regarding a disproportionately high number of arrests in Black and Latino communities. (Exhibit A)

14. These findings were supported by a 2024 Department of Justice (DOJ) report. (Exhibit B)

15. The City has admitted to these violations; Police Chief Saucier acknowledged during a 2024 Public Safety meeting that WPD policies are systemically racist and cause harm to Black and Latino residents over multiple years. (Exhibit C)

**Harm Suffered by Plaintiff**

16. Plaintiff was personally harmed and suffered lasting trauma in the 1970s by an arrest without probable cause conducted by Officer James Reardon of the WPD, resulting in loss of liberty and emotional trauma. The Plaintiff mentioned the incident in his published memoirs. (Exhibit D)

17. The City confirmed in 2025, Case No. 24CV40151, that Reardon was a police officer during the 1970s, implying it  possess records of Plaintiff's arrests.

The harm done to the Plaintiff continued due to the continuous violations of the 14th Amendment by the City since the 1970s as evidenced by the reports of WPD misconduct provided to the Worcester Human Rights Commission.

18. Defendants admitted in 2025  in their Motion to Dismiss Case No. 24CV40151 that Plaintiff still suffered emotional upset due to the City's systemic racism and its failure to implement constitutional policies. (Exhibit E)

4

## Violations of the 1st Amendment

19.  By  2024 the City  had in place a policy, process, and practice of denying residents and others our Constitutional right of petitioning government. The  petitions never got into the City Council agenda for consideration and action by City Council. Petitions are the only way that residents can officially communicate with City Council. (Exhibit F)

20. A City Councilor warned the City of the 1st Amendment violations. (Exhibit G)

21. The City Mayor, Joseph Petty, has acknowledged that there was a misinterpretation  in the manner that some petitions were processed. (Exhibit H) j

22. Plaintiff has filed multiple petitions to City Council that were  blocked from getting into the City Council agenda. A former City Councilor sent Plaintiff a list of blocked petitions. (Exhibit I)

## Harm Suffered by Plaintiff

23.   The Plaintiff was denied his Constitutional right to seek redress of grievances against City for its violations of the 14th Amendment. These 1st Amendment violations caused the Plaintiff emotional distress and upset.

24. The trauma caused by the City continuing violations of the 14th Amendment was exacerbated by the denial of the Plaintiff's petitions to get on the agenda of the City Council.

## Actions of Individual Defendants

25. **Eric D. Batista:** As City Manager, Batista refused to release WPD misconduct records to the Worcester Human Rights Commission (WHRC) despite a Worcester Superior Court order (Case No. 1885cv1526A) and City Ordinances requiring such disclosure. Batista subsequently moved to strip the WHRC of its investigative authority. (Exhibit J)

26. **Kathleen M. Toomey:** Toomey, as Chair of the Public Safety Committee, "tabled" Plaintiff's petition for an investigation into WPD misconduct. She falsely claimed the petition was "flawed," despite it being drafted by the City Clerk. Toomey's false claim is found in the City's video of the particular City Council meeting. (Exhibit K)

Toomey held the petition indefinitely beyond the allowed two-week period allowed for tabl(ing) by individual City Councilors. (Exhibit L)

27. **Michael E. Traynor :** Traynor, citing a false narrative and manufactured evidence that Toomey's "tabl(ing)" of Plaintiff's petition was not done as an individual councilor, blocked Plaintiff's petition, seen in Par. 26 above, to reconsider. (Exhibit M)

28. Traynor blocked multiple petitions of the Plaintiff from reaching the City Council. (Exhibit I)

29. **Alexandra H. Kalkounis:** Current Solicitor Kalkounis blocked Plaintiff's petition regarding Batista's alleged breach of contract, preventing the City Council from considering the matter during contract negotiations. ((Exhibit N)

# V. CLAIMS FOR RELIEF

30. **Claim 1 (14th Amendment & § 1983 vs. City):** For maintaining a systemically racist arrest policy for over 50 years that continues to harm the Plaintiff.

31. **Claim 2 (1st Amendment & § 1983 vs. City):** For establishing a practice of systematically denying Plaintiff the right to petition the government.

6

32. **Claim 3 (§ 1983 vs. Batista):** For blocking the WHRC investigation into 14th Amendment violations under a malicious pretext.

33. **Claim 4 (§ 1983 vs. Toomey):** For refusing to investigate civil rights violations and manufacturing a false narrative to table Plaintiff's petition.

34. **Claim 5 ( § 1983 vs. Traynor):** For blocking petitions and manufacturing false evidence regarding City Council rules.

35. **Claim 6 (1st Amendment vs. Traynor):** For preventing the Plaintiff's petitions from reaching the City Council.

36. **Claim 7 (1st Amendment vs. Kalkounis):** For blocking Plaintiff's right to petition the government.

37. **Claim 8 (§ 1983 vs. Kalkounis):** For exacerbating the harm suffered by Plaintiff through the blocking of petitions seeking relief from racism.

# VI. REQUEST FOR RELIEF

**Plaintiff requests that this Court:**

38. Issue an injunction barring the City from continuing systemically racist police practices and ordering an investigation into disparate arrest rates.

39. . Order the establishment of a public commission (including Plaintiff) to oversee 14th Amendment compliance.

40.  Order the City to establish a formal appeal and revision process for blocked petitions. Award **$400,000.00** in compensatory damages for violations of the 1st and 14th Amendments.

41.  Award **$25,000.00 each** in punitive damages against Defendants Batista, Toomey, and Traynor for their malicious and reckless actions.

**Respectfully submitted,**


------------------------
**Gordon T. Davis**


**Hellowithfire1@gmail.com**
**416 Lake Ave.**
**Worcester MA 01604**

**508 757 5873**

**Plaintiff in Pro Per**

Date: May 13, 2026

# VI. REQUEST FOR RELIEF

**Plaintiff requests that this Court:**

38. Issue an injunction barring the City from continuing systemically racist police practices and ordering an investigation into disparate arrest rates.

39. . Order the establishment of a public commission (including Plaintiff) to oversee 14th Amendment compliance.

40. Order the City to establish a formal appeal and revision process for blocked petitions. Award **$400,000.00** in compensatory damages for violations of the 1st and 14th Amendments.

41. Award **$25,000.00 each** in punitive damages against Defendants Batista, Toomey, and Traynor for their malicious and reckless actions.


**Respectfully submitted,**

**Gordon T. Davis**


Hellowithfire1@gmail.com
**416 Lake Ave.**
**Worcester MA 01604**

**508 757 5873**

**Plaintiff in Pro Per**

Date: May 13, 2026

8

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**GORDON T. DAVIS,** Plaintiff,

v.

**CITY OF WORCESTER, et al.,** Defendants.

CASE NO: _____

# CERTIFICATE OF SERVICE

I, **Gordon T. Davis**, hereby certify that on this 13th day of May 2026, I caused a true and accurate copy of the foregoing **Civil Rights Complaint** and **attached Exhibits A through N** to be served upon the following parties via Worcester County Sheriff.

- **City of Worcester & Alexandra H. Kalkounis** (City Solicitor) City Hall, 455 Main St. Worcester, MA 01608
- **Eric D. Batista** (City Manager) City Hall, 455 Main St. Worcester, MA 01608
- **Kathleen M. Toomey** (City Councilor) City Hall, 455 Main St. Worcester, MA 01608
- **Michael E. Traynor** (Retired City Solicitor) 51 Sever St. Worcester, MA 01609

**Gordon T. Davis**
416 Lake Ave.
Worcester, MA 01604

*Plaintiff in Pro per*