**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **GORDON T. DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No.:   26-CV-40130-MRG** |
| | : | |
| **CITY OF WORCESTER,** | : | |
| **KATHLEEN M. TOOMEY,** | : | |
| **ERIC D. BATISTA, MICHAEL** | : | |
| **E. TRAYNOR and ALEXANDRA** | : | |
| **H. KALKOUNIS,**[1] | : | |
| **Defendants.** | : | |
| | : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO THE COMPLAINT**

Defendants City of Worcester, Kathleen M. Toomey, Eric D. Batista, Michael E. Traynor and Alexandra H. Kalkounis (collectively "the Worcester defendants") respectfully request that they be granted until July 31, 2026 to file their response to the complaint.   As the grounds for this request, the Worcester defendants state as follows:

1.      This is a civil rights action commenced by the pro se plaintiff on May 13, 2026.  *See* Compl., Doc. No. 1.

2.      The operative complaint names five defendants:   the City of Worcester; Eric Batista; Kathleen Toomey; Alexandra Kalkounis; and Michael Traynor.   *See id.*

3.      Returns of service have been filed as to the City, Batista, Toomey and Kalkounis; *see* Doc. Nos. 5-8; and this Court has identified July 6, 2026 as the date by which their responses to the complaint are due.

4.      It is the understanding of the undersigned that Traynor was served on or about June 30,

---

[1] In the complaint's caption, the last name of Alexandra Kalkounis is missing the final two letters.   Given that the complaint elsewhere spells her name correctly; *see* Compl., p. 3; it appears that the misspelling was a formatting error associated with the caption.

1

2026 and, while that return of service has not yet been filed, it would place his response date as later in July, 2026.

5.      The undersigned has been retained to represent the Worcester defendants in this action and filed a notice of appearance on July 3, 2026.  *See* Doc. No. 9.

6.      The Worcester defendants intend to move to dismiss this action but their counsel requires additional time to prepare the motion and to attempt to confer with the plaintiff in advance of the motion practice.

7.      Counsel has court dates and litigation commitments this week and in the succeeding weeks, as well as a brief for the First Circuit Court of Appeals that is due this week and, it is expected, a summary judgment motion in a separate federal case that will be filed this month. Counsel also is preparing for a significant motion hearing in a Fall River officer-involved shooting case that is scheduled to be heard this month.

8.      Counsel is going to be traveling with his son to a baseball tournament in Virginia this week and a team that he coaches will be competing for a state title this weekend and, if successful, the team will move to a regional tournament to be played in Maine this month.

9.      Counsel has communicated with the plaintiff by email and the plaintiff has advised that he is in agreement with an extension for the Worcester defendants to respond to the complaint.

WHEREFORE, the Worcester defendants request that they be given until July 31, 2026 to file their response to the complaint, which will be a motion to dismiss.

DEFENDANTS CITY OF WORCESTER,
KATHLEEN M. TOOMEY, ERIC D.
BATISTA, MICHAEL E. TRAYNOR and
ALEXANDRA H. KALKOUNIS,
By their attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, BBO #:   654690
Vigliotti, Gambaccini & Akerson, P.C
28 Park Avenue
Suite 2
Worcester, MA 01605
508.686.0979
agambaccini@vgalawpc.com

## CERTIFICATE OF COMPLIANCE WITH LR, D.MASS. 7.1

Counsel for the Worcester defendants hereby certifies that a good faith attempt to resolve or to narrow the issue(s) presented by this motion has been made pursuant to LR, D.Mass. 7.1. Specifically, on July 3, 2026, the undersigned emailed the plaintiff concerning the request for additional time, with a date certain not then selected, and, on July 4, 2026, the plaintiff responded to state that he agreed to the extension request and to let him know the date that would be selected, which was provided to the plaintiff in an email on July 5, 2026.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 5, 2026.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini

3